AARON M. CLEFTON, Esq.  (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C
#336
Alameda, CA 94501
Telephone:  510/832-500
info@cleftonlaw.com

Attorneys for Plaintiff
MELISSA DEAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENTWOOD ARBOR RIDGE, L.P;<br>LLAM REALTY MANAGEMENT, INC.,<br><br>    Defendant. | CASE NO. 4:25-cv-8528-KAW<br><u>Civil Rights</u><br><br>**STIPULATION DISMISSING CASE WITH PREJUDICE; ORDER**<br><br>Action Filed: October 6, 2025 |

Plaintiff MELISSA DEAN and Defendants BRENTWOOD ARBOR RIDGE, L.P; LLAM REALTY MANAGEMENT, INC.– Plaintiff and Defendants together the "Parties" –hereby stipulate and request pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each side shall pay its own attorneys' fees and costs.

Date: June 2, 2026                                  CLEFTON DISABILITY LAW

                                                              _/s/ Aaron M. Clefton_
                                                              By: AARON M. CLEFTON, Esq.
                                                              Attorney for Plaintiff
                                                              MELISSA DEAN

Date: June 2, 2026                                  WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                              DICKER LLP

                                                              _/s/ Peter C. Catalanotti_
                                                              By: PETER C. CATALANOTTI, Esq.
                                                                   CLAUDIA WU, Esq.
                                                              Attorney for Defendants
                                                              BRENTWOOD ARBOR RIDGE, L.P; LLAM
                                                              REALTY MANAGEMENT, INC

IT IS SO ORDERED

Kandis Westmore

Judge Kandis Westmore

June 3, 2026

1

STIPULATION TO DISMISS WITH PREJUDICE
CASE NO. 4:25-cv-8528-KAW